Johnson, Appellant, v. Agricultural Insurance Company
of Watertown, New York.  German Insurance Com-
pany of Freeport.  Providence Washington Insur-
ance Company.  Northern Assurance Company of
London, England.  Citizens Insurance Company of
Missouri.  Aachen & Munich Fire Insurance Company
of Aix-La-Chapelle, Germany.  Saint Paul Fire &
Marine Insurance Company.

OPINION BY MR. JUSTICE MESTREZAT, May 27, 1907:

For the reasons given in the opinion handed down herewith
in the case of Daniel J. Johnson and Charles H. Gorley v.
Royal Insurance Company of Liverpool, No. 139, January
Term, 1907, 218 Pa. 423, the order of the court below of Feb-
ruary 27, 1907, making absolute the rule to show cause why
the judgment entered for want of a plea should not be set
aside and stricken from the record, is reversed at the costs of
the defendant company, and the judgment in favor of the
plaintiffs and against the defendant for want of a plea is
reinstated.